JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOU, | Case No.  CV 20-593-GW-SPx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal [69] filed on January 15, 2022, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: January 18, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE